# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER: 5:20-mj-00037-JLT |
|---|---|
| ANACLETO BLAS-MENDOZA<br>DEFENDANT | **WAIVER OF INDICTMENT** |

I, _____ANACLETO BLAS-MENDOZA_____ , the above-named defendant, who is accused of __One Count of Illegal Alien Found in the United States Following Deportation__ , in violation of __Title 8, United States Code, Section 1326(a), (b)(2)__ , being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on _____ , prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

Date: 10/14/2020 _____ Defendant [signature] — attorney for defendant Anacleto Blas Mendoza

Date: 10/14/2020 _____ Counsel for Defendant [signature]

Date: October 15, 2020 _____ Before: Judicial Officer _Jennifer L. Thurston_

If the defendant does not speak English, complete the following:

I, _____ , am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant _____ on this date.

Date: 10/14/2020 _____ Interpreter [signature] by permission of Juan Carlos Morales #06-050

CR-57 (06/14)                **WAIVER OF INDICTMENT**